**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                    Civil Action No. 3:15-cv-00177-TMR

JOHN DOE, subscriber assigned IP address 98.28.152.230,

        Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 98.28.152.230. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 14, 2015

                                                Respectfully submitted,

                                                By:    /s/ *Yousef M. Faroniya*
                                                Yousef M. Faroniya
                                                yousef@YMFincorporated.com
                                                YMF Inc.: The Law Office of Yousef M. Faroniya
                                                84 S. 4th Street
                                                Columbus, OH 43215
                                                Phone: 614-360-1855
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ *Yousef M. Faroniya*
                                              Yousef M. Faroniya